UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE D. MOSS, JR.,** : | |
| Petitioner : | CIVIL ACTION NO. 3:21-1263 |
| v. : | (JUDGE MANNION) |
| **WARDEN SCHUYLKILL** : | |
| **COUNTY PRISON,** : | |
| Respondent | |

# ORDER

In accordance with this court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Moss' motion for leave to proceed *in forma pauperis* (Doc. 5) is **GRANTED**.

2. The petition is **DEEMED** filed.

3. Moss' petition for a writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2254 is **DISMISSED** without prejudice.

4. Moss' motion for release, injunctive relief and punitive damages is (Doc. 4) is **DISMISSED** as moot.

5. The Clerk of Court is directed to **CLOSE** the above captioned case.

6. There is no basis for the issuance of a certificate of appealability.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: September 23, 2021
21-1263-01-Order